ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ACKER,<br>Plaintiff,<br>v.<br>TODD BLANCHE, et al.<br>Defendants. | CASE NO. 2:26-CV-02861-DAD-JDP<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. On August 21, 2026, Plaintiff filed a complaint seeking relief under the Administrative Procedure Act relating to delay in processing Form I-130 (Petition for Alien Relative). The Complaint was served on August 28, 2026, making the current response deadline October 27, 2026. Counsel for Defendants has only very recently consulted with counsel for defendant Department of State ("DOS") regarding its position on the facts and law relating to the allegations. Counsel have now opened dialogue, but the parties will need time to meaningfully discuss the current status, facts, and law. Based on this status, the parties stipulate and jointly request an extension of the current deadline for Defendants to respond for a period of approximately forty-five (45) days. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

///

///

Based on the foregoing, the parties stipulate that the new date for Defendants to file an answer or other responsive pleading is December 11, 2026. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

DATED: October 27, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Joseph Acker (as authorized on October 27, 2026)*
JOSEPH ACKER
Plaintiff in Pro Per

# [PROPOSED] ORDER

Based on the foregoing stipulation, it is hereby ORDERED that:

1. Defendants shall have through and including December 11, 2026 to file their response or alternate pleading; and
2. Any and all other deadlines shall be extended for a similar period of time.

IT IS SO ORDERED.

Dated: November 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on October 27, 2026, she served a copy of the STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee: Joseph Acker
4540 Florin Road, Ste E111
Sacramento, CA 95823

*/s/ EMA VAKALOLOMA*
EMA VAKALOLOMA